UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Robert Lee Taylor 799443

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Warden Randee Rewerts
RUM Beecher
R.U.M. Blair
L.T. Silliaman, C/O White, C/O J. Dill
C/O E. Barton

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

FILED - GR
March 22, 2023 3:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB 3/23

1:23-cv-296
Ray Kent
U.S. Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐    No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   N/A

2. Is the action still pending?    Yes ☐    No ☐
   a. If your answer was no, state precisely how the action was resolved: _____
   N/A

3. Did you appeal the decision?    Yes ☐    No ☐

4. Is the appeal still pending?    Yes ☐    No ☐
   a. If not pending, what was the decision on appeal? _____
   N/A

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐    No ☐
   a. If so, explain: _____
   N/A

(W.D. Mich. Form – Last Revised: September 2021)

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Robert L. Taylor 799443**
Place of Present Confinement **Marquette Branch Prison**
Address **1960 US hwy 41 south Marquette MI 49855**
Place of Confinement During Events Described in Complaint **D.R.F. 10274 Boyer rd carson city MI**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Randee Rewerts**
Position or Title **Warden**
Place of Employment **D.R.F. (Carson City Correctional Facility)**
Address **10274 Boyer rd carson city MI 48811**
Official and/or personal capacity? **Official**

Name of Defendant #2 **Beecher**
Position or Title **R.U.M.**
Place of Employment **D.R.F. (carson city Correctional Facility)**
Address **10274 Boyer rd carson city MI 48811**
Official and/or personal capacity? **Official & Personal**

Name of Defendant #3 **Blair**
Position or Title **R.U.M.**
Place of Employment **D.R.F. (carson city Correctional Facility)**
Address **10274 Boyer rd Carson City MI 48811**
Official and/or personal capacity? **Official & Personal**

Name of Defendant #4 **Silliaman**
Position or Title **LT.**
Place of Employment **DRF (carsoncity Correctional Facility)**
Address **10274 Boyer rd Carson City MI 48811**
Official and/or personal capacity? **Official**

Name of Defendant #5 **White**
Position or Title **C.O.**
Place of Employment **D.R.F. (Carson City Correctional Facility)**
Address **10274 Boyer rd Carson City MI 48811**
Official and/or personal capacity? **Official**

—See attached—

- 3 -    (W.D. Mich. Form – Last Revised: September 2021)

Name of Defendant #6, J. Dill
Position or Title, C.O.
Place of Employment, D.R.F. (Carson City Correctional)
Address, 10274 Boyer rd Carson City MI 48811
Official and/or Personal Capacity? Official


Name of Defendant #7, E. Barton
Position or Title, C.O.
Place of Employment, D.R.F. (Carson City Correctional)
Address, 10274 Boyer rd Carson City MI 48811
Official and/or Personal Capacity? Official

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I was assaulted on 12-7-20 by prisoner Schiefel #495212 and Torrez #447509. This happened on 500 unit small yard. I informed staff they had tried to stab me and this gang was out to get me. We were all then placed back in the same unit. The next morning 12-8-20 my cell was opened and placed on backlock from the desk, even tho both my bunkie and my self were on sanctions. Scared to stay in an open cell off camera I then went and sat in the dayroom. Where I was attacked again by prisoner Adams #502560. I was taken the ER. Upon my return I informed LT Burns and H.I. Smith along with multiply other CO's I couldnt be in GP espechaly 1200 because that where all these guys were. I was forced to sleep in a holding cage for 3 or 4 days then taken to 500 unit for one night. The next morning CO Keck informed me I was being moved to 1200 unit. I told him I'd be assulted over their he said do what you gotta do. I'm Just doing my Job. This was 12-11-20. At yard I was imedatly attacked by King #659817 and Wafer #323986. Palmateer #687327 attempted to Join but was physcaly stoped by COOlson. I was placed on P.C. after this. While on P.C. I got into an altercation on 2/26/21 with another GP innate. because of this I was FORCED off of P.C. after a while in seg I was placed in a GP cell with Jeffrey # whom had Just beat up his last bunkie. On 3-11-21 he attacked me saying I couldnt be in G.P. We I was taken to seg the next day (3-12-21) for covid. On 3/24/21 Rum Blair made a sexually comment to me. I wrote a Prea about this I turned it in to COOlmstead inmates mggers #502809 and Campisi #370752 both witnessed this. I was never heard on this. Later that sameday (3-24-21) I was taken from seg and forced at tazer point to lock in a cell with Schiefel #495212 whom had assaulted me with torrez. Whom assaulted me again. We were taken to seg. On 3-25-21 Rum Blair told me if I didnt stop with the paper work on him and others "the shits going to get worse." refering to the attacks on my person.

-4-   (W.D. Mich. Form – Last Revised: September 2021)

## IV. Relief

State briefly and precisely what you want the court to do for you.

I would like the court to to grant me $2,500,000 Due to the pain and suffering caused by the actions of the defendants I would also like two years of therapy paid for upon my release from the MDOC. to help Facilitate my recovery from the P.T.S.D caused by the extreme terror of this issue that happened over a period of months

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

- [X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

- [ ] I request that this case be assigned to a district judge.

[signature] 3/6/23
**Date**

[signature]
**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -    (W.D. Mich. Form – Last Revised: September 2021)



Taylor 799443
1960 U.S. hwy 41 s
Marquette M.I.
49855

U. S. Dis
399 Feder
110 Mich
Grand R
49503