UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE TAYLOR #799443,

    Plaintiff,

v.

    Case No. 1:23-cv-296

UNKNOWN SMITH, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  January 14, 2025

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge